IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. CONWAY,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY GEITHNER, WENDY DEVIND aka WENDY DEVINE, ROGER VAN CLEVE, ELIZABETH WARREN, AND DERRICK SELTON,<br><br>    Defendants.<br>_____/ | No. C 10-05962 CW<br><br>ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND VACATING HEARING |

    Pro se Plaintiff filed a small claims action against the above-named Defendants in San Mateo Superior Court.  On December 30, 2010, the action was removed to federal court.  On January 6, 2011, Defendants moved to dismiss Plaintiff's action.  Docket No. 4.  Since then, the case has been reassigned to the undersigned, and the hearing for the motion was renoticed for March 17, 2011.

    Plaintiff's opposition to Defendants' motion was due on February 24, 2011.  Thus far, Plaintiff has failed to file an opposition.  Plaintiff shall file his opposition by March 17, 2011, or the action will be dismissed for failure to prosecute. If Plaintiff responds by March 17, 2011, Defendants shall submit their reply by March 24, 2011.  The hearing set for March 17, 2011

1  is VACATED.  If necessary, the Court will set a new date for the
2  hearing.
3
4       IT IS SO ORDERED.
5
6  Dated: 3/3/2011
                              CLAUDIA WILKEN
7                             United States District Judge