UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ANDREW J. CONWAY, | ) | No. C 10-5962 (CW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | STIPULATION AND ORDER OF |
| | ) | DISMISSAL |
| TIMOTHY GEITHNER, WENDY DEVIND, | ) | |
| aka WENDY DEVINE, ROGER VAN | ) | |
| CLEVE, ELIZABETH WARREN, AND | ) | |
| DERRICK SELTON, | ) | |
| | ) | |
| Defendants. | ) | |

The parties to this action hereby STIPULATE AND AGREE that the above-captioned action is voluntarily dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a). Each party will bear its own costs and attorneys' fees.

SO STIPULATED.

DATED: April 6, 2011                    MELINDA L. HAAG
                                        United States Attorney

                                        /s/
                                        JUAN D. WALKER
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant United States

DATED: April 6, 2011                    /s/
                                        ANDREW J. CONWAY
                                        Plaintiff Pro Se

**ORDER**

The Stipulation of Dismissal is granted and this entire action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: 4/8/2011                         Claudia Wilken
                                        CLAUDIA WILKEN
                                        United States District Judge